NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2022-1631, 2022-1632, 2022-1633, 2022-1634, 2022-1635, 2022-1636, 2022-1637, 2022-1638

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2020-01520, IPR2020-01521, IPR2020-01714, IPR2020-01715, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539.

---

## O R D E R

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for the eight appeals. The revised official caption is reflected above. The Certified Lists remain due May 23, 2022.

FOR THE COURT

April 22, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court