FORM 26. Docketing Statement                                                  Form 26 (p. 1)
                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 22-1631, 22-1632, 22-1633, 22-1634, 22-1635, 22-1636, 22-1637, 22-1638

**Short Case Caption:** Masimo Corporation v. Apple Inc.

**Filing Party/Entity:** Apple Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| see attachment | see attachment | see attachment |

Relief sought on appeal: ☐ None/Not Applicable

Affirm the Final Written Decisions holding claims 1–4, 6–14, and 16–30 of U.S. Patent 10,258,265 unpatentable; claims 1–29 of U.S. Patent 10,588,553 unpatentable; claims 1–12 and 14–28 of U.S. Patent 10,588,554 unpatentable; claims 1–30 of U.S. Patent 10,292,628 unpatentable; and claims 1–29 of U.S. Patent 10,631,765 unpatentable.

Relief awarded below (if damages, specify):  ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

In its Final Written Decision, the Board found claims 1–4, 6–14, and 16–30 of U.S. Patent 10,258,265 unpatentable; claims 1–29 of U.S. Patent 10,588,553 unpatentable; claims 1–12 and 14–28 of U.S. Patent 10,588,554 ("the '554 patent") unpatentable and claim 13 of the '554 patent not unpatentable; claims 1–30 of U.S. Patent 10,292,628 unpatentable; and claims 1–29 of U.S. Patent 10,631,765 unpatentable.

Nature of judgment (select one):          Date of judgment: see attachment

  ☑ Final Judgment, 28 USC § 1295
  ☐ Rule 54(b)
  ☐ Interlocutory Order (specify type) _____
  ☑ Other (explain)                        see attachment

FORM 26. Docketing Statement                                      Form 26 (p. 2)
                                                                   July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

|  |
|--|
|  |

Issues to be raised on appeal:  ☐ None/Not Applicable

| Whether the Board correctly concluded that the challenged claims 1–4, 6–14, and 16–30 of U.S. Patent 10,258,265; claims 1–29 of U.S. Patent 10,588,553; claims 1–12 and 14–28 of U.S. Patent 10,588,554; claims 1–30 of U.S. Patent 10,292,628; and claims 1–29 of U.S. Patent 10,631,765 were unpatenable. |
|---|

Have there been discussions with other parties relating to settlement of this case?

☐   Yes    ☑   No

If "yes," when were the last such discussions?

☐ Before the case was filed below
☐ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?    ☐ Yes    ☐ No

If they were mediated, by whom?

| N/A |
|-----|

Do you believe that this case may be amenable to mediation?  ☐ Yes    ☑ No

Explain.

| Settlement will not give appellant, Masimo Corporation, the relief it seeks on appeal, which is the overturning of the Board's decision to cancel claims 1–4, 6–14, and 16–30 of U.S. Patent 10,258,265; claims 1–29 of U.S. Patent 10,588,553; claims 1–12 and 14–28 of U.S. Patent 10,588,554; claims 1–30 of U.S. Patent 10,292,628; and claims 1–29 of U.S. Patent 10,631,765. |
|---|

Provide any other information relevant to the inclusion of this case in the court's mediation program.

| None |
|------|

Date:  5/6/2022            Signature:  /s/ Lauren A. Degnan

                           Name:       Lauren A. Degnan

# Attachment for Docketing Statement

**Case Number:** 22-1631, 22-1632, 22-1633, 22-1634, 22-1635, 22-1636, 22-1637, 22-1638
**Short Case Caption:** Masimo Corporation v. Apple Inc.
**Filing Party/Entity:** Apple Inc.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO | IPR2020-01520 | Inter Partes Review |
| USPTO | IPR2020-01521 | Inter Partes Review |
| USPTO | IPR2020-01536 | Inter Partes Review |
| USPTO | IPR2020-01537 | Inter Partes Review |
| USPTO | IPR2020-01538 | Inter Partes Review |
| USPTO | IPR2020-01539 | Inter Partes Review |
| USPTO | IPR2020-01714 | Inter Partes Review |
| USPTO | IPR2020-01715 | Inter Partes Review |

Nature and date of judgement (continued):

| Originating Number | Nature of Judgement | Date of Judgement |
|---|---|---|
| IPR2020-01520 | Final Judgement, 28 USC § 1295 | 2/23/2022 |
| IPR2020-01521 | Final Judgement, 28 USC § 1295 | 4/11/2022 |
| IPR2020-01536 | Final Judgement, 28 USC § 1295 | 2/23/2022 |
| IPR2020-01537 | Final Judgement, 28 USC § 1295 | 2/23/2022 |
| IPR2020-01538 | Final Judgement, 28 USC § 1295 | 2/23/2022 |
| IPR2020-01539 | Final Judgement, 28 USC § 1295 | 2/23/2022 |
| IPR2020-01714 | Final Judgement, 28 USC § 1295 | 4/6/2022 |
| IPR2020-01715 | Final Judgement, 28 USC § 1295 | 4/6/2022 |