

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

May 6, 2022

2022-1631 - Masimo Corporation v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Entry of Appearance) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- Counsel Adi A. Williams listed on the Entry of Appearance has not registered for an electronic filer account with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's [Electronic Filing Procedures](#) ("Attorney Registration") for registration information. A corrected form must be filed. Please file the corrected form once counsel has registered, or remove unregistered counsel from the corrected form.

*  *  *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court  
By: J. West, Deputy Clerk