# Nos. 22-1631, -1632, -1633, -1634, -1635, -1636, -1637, -1638

## IN THE
## United States Court of Appeals
### FOR THE FEDERAL CIRCUIT

---

MASIMO CORPORATION,

*Appellant,*

v.

APPLE INC.,

*Appellee,*

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NOS. IPR2020-01520, IPR2020-01521, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539, IPR2020-01714, IPR2020-01715

---

**UNOPPOSED MOTION BY APPELLANT MASIMO CORPORATION FOR EXTENSION TO FILE OPENING BRIEF**

---

July 15, 2022

Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
Jarom D. Kesler
Stephen W. Larson
Jeremiah Helm
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404
*Attorneys for Appellant*
*Masimo Corporation*

# CERTIFICATE OF INTEREST

Counsel for Appellant Masimo Corporation certifies the following:

1. The full name of every party represented by me is:

Masimo Corporation.

2. The name of the real party-in-interest represented by me is:

Masimo Corporation.

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

BlackRock Inc.

4. The name of all law firms and the partners or associates that appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not listed on the docket for the current case:

Knobbe, Martens, Olson & Bear, LLP: William R. Zimmerman and Jacob L. Peterson.

5. The case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

- Masimo Corporation v. Apple Inc., U.S. Court of Appeals for the Federal Circuit, Case No. 22-1972 (consolidated with Case Nos. 22-1973, 22-1975, 22-1976)

- Apple Inc. v. Masimo Corporation, IPR2021-00193

- Apple Inc. v. Masimo Corporation, IPR2021-00195

- Apple Inc. v. Masimo Corporation, IPR2021-00208

- Apple Inc. v. Masimo Corporation, IPR2021-00209

- Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., U.S. District Court for the Central District of California, Case No. 8:20-cv-00048-JVS

6. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

None.

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Masimo Corporation ("Masimo") respectfully moves this Court for an extension of time of 14 days for the filing of its opening brief. Masimo seeks this 14-day extension in view of the schedule of Masimo's representatives and counsel. Counsel for Appellee Apple Inc. has informed Masimo's counsel that it does not oppose the motion and will not file a response.

Masimo's opening appellant brief is currently due on Friday, July 22, 2022. Under the requested 14-day extension, the brief would be due on Friday, August 5, 2022.

Masimo has not previously requested any extensions of time to file its opening appellant brief.

|  |  |
|---|---|
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated:  July 15, 2022 | By:  */s/ Jeremiah Helm*<br>Joseph R. Re, Principal Counsel<br>Stephen C. Jensen<br>Jarom D. Kesler<br>Stephen W. Larson<br>Jeremiah Helm |
|  | Attorneys for Appellant,<br>Masimo Corporation |

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 15, 2022, the foregoing **UNOPPOSED MOTION BY APPELLANT MASIMO CORPORATION FOR EXTENSION TO FILE OPENING BRIEF** was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 15, 2022       By:  */s/ Jeremiah Helm*
                                           Joseph R. Re, Principal Counsel
                                           Stephen C. Jensen
                                           Jarom D. Kesler
                                           Stephen W. Larson
                                           Jeremiah Helm

                                           Attorneys for Appellant,
                                           Masimo Corporation

# **CERTIFICATE OF COMPLIANCE**

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). This brief contains 115 words.

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point font Times New Roman.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 15, 2022   By:   */s/ Jeremiah Helm*
  Joseph R. Re, Principal Counsel
  Stephen C. Jensen
  Jarom D. Kesler
  Stephen W. Larson
  Jeremiah Helm

  Attorneys for Appellant,
  Masimo Corporation

55963759