**Nos. 22-1631, -1632, -1633, -1634, -1635, -1636, -1637, -1638**

# IN THE
# United States Court of Appeals
## FOR THE FEDERAL CIRCUIT

---

MASIMO CORPORATION,

*Appellant,*

v.

APPLE INC.,

*Appellee.*

---

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD CASE NOS. IPR2020-01520, IPR2020-01521, IPR2020-01714, IPR2020-01715, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539

---

**UNOPPOSED MOTION TO SUSPEND REQUIREMENT TO FILE ADDENDUM OF APPELLANT MASIMO CORPORATION**

---

Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
Jarom D. Kesler
Stephen W. Larson
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Jeremiah S. Helm
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(202) 640-6400

*Attorneys for Appellant Masimo Corporation*

August 5, 2022

## **CERTIFICATE OF INTEREST**

Counsel for Appellant Masimo Corporation certifies the following:

1. The full name of every party represented by me is:

Masimo Corporation.

2. The name of the real party-in-interest represented by me is:

Masimo Corporation.

3. All parent corporations and any publicly held companies that own more than 10 percent or more of the stock of the party represented by me are:

Blackrock Inc.

4. The name of all law firms and the partners or associates that appeared for the party in the lower tribunal or are expected to appear for the party in this court and who are not listed on the docket for the current case:

Knobbe, Martens, Olson & Bear, LLP: William R. Zimmerman and Jacob L. Peterson.

5. The case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal:

- *Masimo Corporation v. Apple Inc.*, U.S. Court of Appeals for the Federal Circuit, Case No. 22-1972 (consolidated with Case Nos. 22-1973, 22-1975, 22-1976)

- *Masimo Corporation v. Apple Inc.*, U.S. Court of Appeals for the Federal Circuit, Case No. 22-2069 (consolidated with Case Nos. 22-2070, 22-2071, 22-2072)

- *Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc.*, U.S. District Court for the Central District of California, Case No. 8:20-cv-00048-JVS

6. Information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

Not applicable.

Appellant Masimo Corporation respectfully requests the Court suspend the requirements of Federal Circuit Rule 28(a)(11)-(12). Rule 28(a)(11) requires appellant's brief include "an addendum containing the judgments orders, agency actions, or other decisions in question and any opinions, memoranda, or findings and conclusions supporting them." Rule 28(a)(12) requires "all patents in suit reproduced in their entirety as an addendum to the principal brief of a petitioner or appellant."

Federal Rule of Appellate Procedure 2 allows a court of appeals to suspend a provision for good cause "[o]n its own or [on] a party's motion." Good cause to suspend the requirements of Rule 28(a)(11)-(12) exists in this appeal. This appeal consolidates eight different appeals involving five different patents. Order Consolidating Appeals, D.I. 2 (April 22, 2022). The addendum required by Rule 28(a)(11)-(12), including multiple patents and agency decisions, is nearly 2,000 pages and cannot be bound in a single volume. The documents will be included in the Joint Appendix in their entirety. Counsel for Appellee Apple Inc. has informed Masimo's counsel that Apple will not oppose the motion.

For the reasons set forth herein, Masimo respectfully requests the Court suspend the requirements of Federal Circuit Rule 28(a)(11)-(12).

                                                                                                                                           KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 5, 2022            */s/ Stephen W. Larson*
                                               Joseph R. Re, *Principal Counsel*
                                             Stephen C. Jensen
                                             Jarom D. Kesler
                                             Stephen W. Larson
                                             Jeremiah S. Helm

                                             *Attorneys for Appellant*
                                             *Masimo Corporation*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 5, 2022, the foregoing **UNOPPOSED MOTION TO WAIVE REQUEMENT TO FILE ADDENDUM APPELLANT MASIMO CORPORATION** was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

                              KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 5, 2022         /s/ Stephen W. Larson
                                    Joseph R. Re, *Principal Counsel*
                                    Stephen C. Jensen
                                    Jarom D. Kesler
                                    Stephen W. Larson
                                    Jeremiah S. Helm

                                    *Attorneys for Appellant*
                                    *Masimo Corporation*

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). This brief contains 195 words.

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point font Times New Roman.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 5, 2022

/s/ Stephen W. Larson
Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
Jarom D. Kesler
Stephen W. Larson
Jeremiah S. Helm

*Attorneys for Appellant
Masimo Corporation*

56085790