NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

---

2022-1631, 2022-1632, 2022-1633, 2022-1634, 2022-1635, 2022-1636, 2022-1637, 2022-1638

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01520, IPR2020-01521, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539, IPR2020-01714, and IPR2020-01715.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Masimo Corporation ("Masimo") moves unopposed for leave to file its opening brief without the addendum required by Federal Circuit Rule 28(a)(11) and (12), contending that the decisions on appeal and copies of the patents

combine to at least 1,000 pages. Masimo notes that the material will still be included within the joint appendix and has included an illustrative claim on the inside front cover of its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. ECF No. 22 is accepted as Masimo's opening brief.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to these appeals.

FOR THE COURT

August 18, 2022  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court