**Nos. 22-1631, 22-1632, 22-1633, 22-1634, 22-1635, 22-1636, 22-1637, 22-1638**

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEALS FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2020-01520, IPR2020-01521, IPR2020-01714, IPR2020-01715, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539

**APPLE'S UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Lauren A. Degnan
Christopher Dryer
W. Karl Renner
Jared Hartzman
Adi A. Williams
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
degnan@fr.com

Ashley Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

September 6, 2022

*Attorneys for Appellee Apple Inc.*

# **CERTIFICATE OF INTEREST**

Counsel for Appellee Apple Inc. ("Apple") certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

    **Apple Inc.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    **Apple Inc.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **None**

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **Fish & Richardson P.C.: Robert J. Devoto, Daniel D. Smith, Andrew B. Patrick, Grace J. Kim, Hyun Jin In, and Usman Khan**

5. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

    *Masimo Corporation, et al. v. Apple Inc.*
    **Case No. 8:20-cv-00048 (C.D. Cal.)**

    *Certain Light-Based Physiological Measurement Devices and Components Thereof*
    **Case No. 337-TA-1276 (ITC)**

    *Masimo Corporation v. Apple Inc.*
    **Case Nos. 22-1972, -1973, -1975, -1976 (Fed. Cir.)**

*Masimo Corporation v. Apple Inc.*
**Case Nos. 22-2069, -2070, -2071, -2072 (Fed. Cir.)**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None/Not Applicable**

Dated:  September 6, 2022            */s/ Lauren A. Degnan*
                                      Lauren A. Degnan

# UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE APPLE'S RESPONSE BRIEF

Pursuant to Federal Circuit Rule 26(b), Appellee Apple Inc. ("Apple") respectfully requests an extension of time to file its response brief. This brief is currently due on September 14, 2022. Apple seeks a 21-day extension to October 5, 2022. This request is Apple's first extension request in this appeal. Apple's counsel has notified counsel for Appellant Masimo Corporation ("Masimo") of its intent to seek an extension, and Masimo's counsel had no objection to the requested extension.

Apple has good cause to request this extension. Counsel for Apple have professional commitments that hinder their ability to prepare a brief by the current deadline.

For the foregoing reasons, Apple respectfully requests a 21-day extension, to October 5, 2022, to file its response brief.

Dated: September 6, 2022         Respectfully submitted,

                                       /s/ *Lauren A. Degnan*
Lauren A. Degnan
Christopher Dryer
W. Karl Renner
Jared Hartzman
Adi A. Williams
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Ashley Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

## DECLARATION IN SUPPORT OF UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE APPLE'S RESPONSE BRIEF

I, Lauren A. Degnan, declare as follows:

1. I am a principal with Fish & Richardson P.C. in its Washington, DC office. I am counsel for Appellee Apple Inc. ("Apple") in this appeal.

2. I submit this declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of Apple's motion for a 21-day extension of time to file its response brief.

3. Good cause exists for the extension. Counsel for Apple have significant professional commitments that hinder their ability to prepare a brief by the current deadline. They include commitments in matters before this Court and in other jurisdictions, including the following:

- *The Chamberlain Group, LLC v. International Trade Commission, et al.*, No. 22-1664 (Fed. Cir.)
  - Response/Reply Brief due October 3, 2022;[1]

- *Apple Inc. v. Qualcomm Incorporated*, Nos. IPR2018-01315, IPR2018-01316 (PTAB)
  - Responsive Remand Briefs due September 28, 2022;

- *iRobot Corporation v. SharkNinja Operating LLC*, No. 22-1234 (Fed. Cir.)
  - Reply Brief due September 6, 2022; and

---

[1] Per this Court's order issued May 6, 2022 at Dkt. 19, no extensions are permitted in this matter.

3

- *Paice LLC v. Bayerische Motoren Werke Aktiengesellschaft*, Nos. 22-1355 (Fed. Cir.)
    - Consolidated Reply Brief due September 16, 2022.

4.     Appellant Masimo Corporation does not oppose this motion.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on September 6, 2022, in Washington, DC.

<i>/s/ Lauren A. Degnan</i><br>
Lauren A. Degnan

**CERTIFICATE OF SERVICE AND FILING**

I certify that on September 6, 2022, I electronically filed the foregoing **UNOPPOSED MOTION FOR 21-DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF** of appellee using the Court's CM/ECF filing system. Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan

## **CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion contains 139 words, excluding the parts of the motion authorized by Fed. R. App. P. 27(a)(2)(B). This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14 Point.


Dated:  September 6, 2022  　　　　　　　　*/s/ Lauren A. Degnan*
　　　　　　　　　　　　　　　　　　　　Lauren A. Degnan