**Nos. 22-1631, -1632, -1633, -1634, -1635, -1636, -1637, -1638**

## IN THE
# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
### FOR THE FEDERAL CIRCUIT

---

MASIMO CORPORATION,

*Appellant,*

v.

APPLE INC.,

*Appellee.*

---

APPEAL FROM THE PATENT TRIAL AND APPEAL BOARD
CASE NOS. IPR2020-01520, IPR2020-01521, IPR2020-01536, IPR2020-01537,
IPR2020-01538, IPR2020-01539, IPR2020-01714, IPR2020-01715

---

## JOINT STATEMENT OF COMPLIANCE
## UNDER FED. CIR. R. 33(a)(2)(A)

Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
Jarom D. Kesler
Stephen W. Larson
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

Jeremiah S. Helm
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Ave., N.W.
Washington, D.C. 20006
(202) 640-6400

*Attorneys for Appellant*
*Masimo Corporation*

November 16, 2022

Lauren A. Degnan, *Principal Counsel*
Christopher Dryer
W. Karl Renner
Jared Hartzman
Adi A. Williams
**FISH & RICHARDSON P.C.**
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

Ashley Bolt
**FISH & RICHARDSON P.C.**
1180 Peachtree Street NE,
21st Floor
Atlanta, GA 30309

*Attorneys for Appellee Apple Inc.*

Appellant Masimo Corporation and Appellee Apple Inc. hereby submit this Joint Statement of Compliance with Federal Circuit Rule 33(a)(2)(A).

The parties, by and through their counsel of record, have discussed settlement in accordance with Federal Circuit Rule 33.   The parties have not reached a settlement.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 16, 2022      /s/ Jeremiah S. Helm

Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
Jarom D. Kesler
Stephen W. Larson
Jeremiah S. Helm

*Attorneys for Appellant*
*Masimo Corporation*

FISH & RICHARDSON P.C.

Dated: November 16, 2022      /s/ Lauren A. Degnan (with permission)

Lauren A. Degnan, *Principal Counsel*
Christopher Dryer
W. Karl Renner
Jared Hartzman
Adi A. Williams
Ashley Bolt

*Attorney for Appellee,*
*Apple Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on November 16, 2022, the foregoing **JOINT STATEMENT OF COMPLIANCE UNDER FED. CIR. R. 33(a)(2)(A)** was filed using the Court's CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 16, 2022     */s/ Jeremiah S. Helm*
Joseph R. Re, *Principal Counsel*
Stephen C. Jensen
Jarom D. Kesler
Stephen W. Larson
Jeremiah S. Helm

*Attorneys for Appellant*
*Masimo Corporation*

56642295