**Nos. 22-1631, 22-1632, 22-1633, 22-1634, 22-1635, 22-1636, 22-1637, 22-1638**

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**

*Appellant,*

*v.*

**APPLE INC.,**

*Appellee.*

APPEALS FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD IN NOS. IPR2020-01520, IPR2020-01521, IPR2020-01714, IPR2020-01715, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539

**NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL ADI WILLIAMS AND REMOVAL FROM ELECTRONIC NOTIFICATION**

Lauren A. Degnan
Christopher Dryer
W. Karl Renner
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024
Tel: (202) 783-5070
lad@fr.com

Jared Hartzman
Adi A. Williams
FISH & RICHARDSON P.C.
1000 Maine Ave., Suite 1000
Washington, DC 20024

Ashley Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309

March 6, 2023                    *Attorneys for Appellee Apple Inc.*

**PLEASE TAKE NOTICE** that the appearance of Adi A. Williams of the law firm Fish & Richardson P.C. on behalf of Appellee Apple Inc. in the above-captioned matter is hereby withdrawn and should be removed from electronic notification. *See* Fed. Cir. R. 47.3(c).

**PLEASE TAKE FURTHER NOTICE** that Apple Inc. will continue to be represented by Fish & Richardson P.C. and that Lauren A. Degnan has been duly and properly designated by the Court as the principal counsel on behalf of Appellee Apple Inc.

Dated: March 6, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Lauren A. Degnan*
　　　　　　　　　　　　　　　　　　　Lauren A. Degnan
　　　　　　　　　　　　　　　　　　　Christopher Dryer
　　　　　　　　　　　　　　　　　　　W. Karl Renner
　　　　　　　　　　　　　　　　　　　Jared Hartzman
　　　　　　　　　　　　　　　　　　　Adi A. Williams
　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　1000 Maine Ave., Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　Telephone: (202) 783-5070

　　　　　　　　　　　　　　　　　　　Ashley Bolt
　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　1180 Peachtree Street NE, 21st Floor
　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　Telephone: (404) 892-5005

## CERTIFICATE OF SERVICE AND FILING

I certify that on March 6, 2023, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF NON-PRINCIPAL COUNSEL ADI WILLIAMS AND REMOVAL FROM ELECTRONIC NOTIFICATION** using the Court's CM/ECF filing system. Counsel for appellant were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Lauren A. Degnan*
Lauren A. Degnan
