NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MASIMO CORPORATION,**
*Appellant*

v.

**APPLE INC.,**
*Appellee*

2022-1631, 2022-1632, 2022-1633, 2022-1634, 2022-1635, 2022-1636, 2022-1637, 2022-1638

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01520, IPR2020-01521, IPR2020-01536, IPR2020-01537, IPR2020-01538, IPR2020-01539, IPR2020-01714, IPR2020-01715.

**SUA SPONTE**

Per Curiam.

**O R D E R**

On review of the parties' briefing in this appeal, it appears the parties cite material that does not appear in their joint appendix. Federal Circuit Rule 28(f) requires that

references in the briefs to the underlying record be to the corresponding appendix pages where that material is located.

Upon consideration thereof,

IT IS ORDERED THAT:

No later than 14 days from the date of this order, the parties shall file corrected briefs and/or a corrected appendix to ensure the briefing contains accurate citations and the appendix includes all cited materials.

FOR THE COURT

July 6, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court